LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>K&D's SANTA CRUZ TIRE AND AUTO , INC.<br><br>　　　　　　Debtor | CASE NO.: 25-51258-MEH<br><br>**MOTION FOR AUTHORITY TO USE CASH COLLATERAL**<br><br>CHAPTER 11<br>[Sub-chapter V]<br><br>Date:　　None Set<br>Time:　　None Set<br>Court:　　11 |

　　　　COMES NOW Debtor K&D SANTA CRUZ TIRE and AUTO, INC. by and through The Fuller Law Firm, P.C., its attorneys of record, and moves the Court for authorization to use the cash collateral of Live Oak Bank Company, Funding Metrics, LLC, RDM Capital, Kash Advance, LLC and Select Funding, LLC (Collectively "Lienholders"). In support of this motion, Debtor states the following:

## I.　　INTRODUCTORY STATEMENT

Case: 25-51258　　Doc# 14　　Filed: 08/25/25　　Entered: 08/25/25 16:58:38　　Page 1 of 8

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

Debtor filed the herein case on August 15, 2025.[1] At the time of the filing of the petition, Debtor's assets, as set forth with more particularity below, consisted of cash in checking accounts, inventory, accounts receivable, equipment and goodwill.

Debtor authorized the filing of the following liens:

A.     Live Oak Banking Company (US SBA Loan)

On or about June 2022 Debtor took out a secured loan from Live Oak Banking Company in the form of an  SBA 7A Non-Real Estate loan. Under the terms of the note, monthly payments of principal and interest are $25,056.69.  The loan maturity date is May 26, 2032. The Live Oak Banking Company loan was pre-petition current. On June 1, 2022 Live Oak Banking Company perfected its security agreement by filing a UCC-1 as File No. U220198611226.  The balance as of the petition date was $1,484,722.

B.     Funding Metrics

On May 27, 2025 Debtor entered into a "Merchant Agreement" with Funding Metrics, LLC dba Lendini. Though Debtor asserts that the Merchant Agreement was a disguised loan,  Funding Metrics contends that the Merchant Agreement was the sale of future receivables of $107,250 which Funding Metrics purchased for $75,000 less costs for a net purchase price of $73,305. Funding Metrics filed a blanket UCC-1 on June 3, 2025 as UCC File No. U250146346331. Debtor estimates that the outstanding balance owed Funding Metrics is $72,709.

C.     RDM Capital, LLC DBA Fintap

On or about May 27, 2025 Debtor entered into an agreement with RDM Capital, LLC DBA

---

[1] Debtor was previously known as K&D's Professional Touch, Incorporated until June 26, 2024 when an amendment was filed with the California Secretary of State changing its name to K&D's Santa Cruz Tire and Auto, Inc.

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

Fintap wherein Debtor received $93,500 in return for an agreement to repay $145,000 over time. Again, Debtor contends that this was a disguised loan rather than a sale of future receivables. RDM Capital filed a UCC-1 on June 10, 2025 as UCC File No. U250152749527. Debtor estimates that the balance owed RDM Capital, LLC was $93,500 as of the petition date.

D.   Kash Advance.

On or about June 5, 2025 Debtor entered into an agreement for the sale of future receivables with Kash Advance wherein Debtor received $58,500 in funds in return for agreeing to repay $97,435. Debtor contends that this was a disguised loan at 264.9% interest. Kash Advance filed a UCC-1 on June 16, 2025 as UCC File No. U250155137219. Debtor estimates that the balance owed Kash Advance was $57,417 as of the petition date.

E.   Select Funding

On or about April 14, 2025 Debtor entered into a business advance agreement with Select Funding , LLC wherein Debtor received $150,000 in cash and was obligated to repay $213,000. Debtor characterizes this as a disguised usurious loan at 66.48% interest. Select Funding LLC perfected its security agreement by filing a UCC-1 on July 7, 2025 as UCC File No. U250168498036. Debtor estimates that the balance owed was $181,325 as of the petition date.

F.   Bridgestone.

On or about June 2022, Bridgestone Americas Tire Operations, LLC ("Bridgestone" hereinafter) entered into an agreement with Debtor wherein it agreed to supply tires for resale. It has a security agreement on the tires it supplies. It perfected its security agreement by filing a UCC-1 on June 2, 2022 as UCC File No. U220198974446. The balance owed as of the petition date was $12,067.97 which is the approximate value of the inventory of the tires.

G.   Bank of the West (BMO Bank)

Motion for Authority to Use of Cash Collateral

Bank of the West has a lien securing the lease of equipment wherein a UCC-1 was filed on July 1, 2022 as UCC File no. U220198611226. The equipment is: Hunter 14K lb Scissor Rack package; Hunter Road Force Elite Balancer; Hunter TC39 Tire changer; MC 59 Bender; Champion dryer; 4 post lifts. The lease payments are $2,362.45/month.

H.    Lienholder Summary

| Date | Creditor | Filing No. | Collateral | Balance |
|------|----------|-----------|-----------|---------|
| 6-1-2022 | Live Oak Banking Co. | U220198611226 | Blanket except cash | 1,484,722 |
| 6-3-2025 | Funding Metrics, LLC | U250146346331 | Blanket except cash | 72,709 |
| 6-10-2025 | RDM Capital | U250152749527 | Blanket except cash | 186,265 |
| 6-16-2025 | Kash Advance | U250155137219 | Blanket except cash | 128,148.20 |
| 7-9-2025 | Select Funding, LLC | U250168498036 | Blanket except cash | 181,325 |

I.    Request

By this motion, Debtor seeks authority to use Lienholders' cash collateral for the purpose of continuing to operate its business. Authority for use of cash collateral is requested until the earlier of a final hearing on use of cash collateral or a default with failure to cure.

**II.    ASSETS**

Debtor's assets at the time of filing consisted of the following:

| Asset | Amount |
|-------|--------|
| Petty Cash | 1,000 |
| Cash-WFB | 277,651.57 |

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

| | |
|---|---|
| Accounts Receivable | 7,634.79 |
| General Inventory (Auto supplies) | 30,000 |
| Inventory- Tires | 12,000 |
| Equipment | 42,147.00 |
| Goodwill | 1,384,104 |
| **TOTAL** | **1,754,537.36** |

The assets securing the lienholders are as follows:

Bridgestone

    Tire inventory                                           $   12,000.00

All other lienholders

    Total assets                              $1,754,537.36
    Less tire inventory           12,000.00
    Less cash             $  287,651.57[2]
                                              307,651.57

    Lienable Assets                          $1,454,885.79

### III.    NAME OF ENTITIES WITH COLLATERAL

    Though numerous creditors, as set forth above, have security agreements perfected by the filing of UCC-1's, these are all junior to the Live Oak Banking Company, which Debtor contends is under-secured by $29,836.21.

---

    [2] No tri-party credit agreement is known to exist between lienholders, debtor and Wells Fargo Bank.

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

The equipment leases from Bank of the West (BMO) remains secured by the equipment

Bridgestone remains secured by its tire inventory.

## IV.    PURPOSE OF CASH COLLATERAL

Debtor proposes, therefore, to be allowed to use all cash collateral to pay for

1.      the normal operating expenses of the business including payment of a salary to its principals Karl Ryan of $7,000 per month and Diane Ryan of $7,000 a month as set forth in the attached budget.

2.      subject to the adequate protection payments as set forth herein;

## V.    TERMS, DURATION AND ADEQUATE PROTECTION

Debtor proposes to provide all Lienholders a replacement lien for the use of all pre-petition cash collateral that is used by granting each Lienholder a lien in post-petition receipts and post-petition inventory in the same order and priority that any given Lienholder held pre-petition. Further, debtor proposes to pay Live Oak Banking Company, as adequate protection, commencing Sept. 15, 2025, $18,008.29 /month (representing the balance owed it at 8% per annum amortized over 10 years).    Debtor proposes that the payment to Live Oak Banking Company continue on the 15th day of each month until the final hearing on the motion for use of cash collateral.

As to Bridgestone Americas Tire Operations, LLC, Debtor proposes to pay Bridgestone adequate protection payments of $244.68/month (calculated using the balance owed amortized over 5 years at 8% interest) with payments commencing on the 15th of Sept. 2025 and continuing on the 15th day of each month until the final hearing on the motion for use of cash collateral.

As to the leased equipment, Debtor will continue to make the contractual payments of $2,362.45/month.

Case: 25-51258    Doc# 14    Filed: 08/25/25    Entered: 08/25/25 16:58:38    Page 6 of 8

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

# VI.     BUDGET

A copy of Debtor's budget is set forth in Exhibit "1" attached to the declaration supporting this motion.

## VII.    DISCLOSURES UNDER GUIDELINIES FOR USE OF CASH COLLATERAL

Nothing in this motion seeks to

1.    challenge the validity of any obligation,
2.    challenge the amount of any claim or the priority of the debt.
3.    allow for relief from stay in the event of default;
4.    modify non-bankruptcy law relating to perfection of any lien;
5.    modify any statute of limitations;
6.    indemnify any entity;
7.    impact any rights under 11 U.S.C 506(c);

Further, by this motion, Debtor does not propose that the adequate protection payments will be the same in any proposed plan.  The plan may provide for payments that are more or less than proposed in this motion.

WHEREFORE, Debtor prays for an order:

1.    Allowing Debtor to use the inventory, accounts receivable and all assets and to continue to operate its equipment subject to the limitations set forth herein.

2.    Condition the use of such receipts and inventory by giving all Lienholders a replacement lien for a like amount in post-petition receipts, accounts receivable and inventory in the same order and priority that each Lienholder held pre-petition until the earlier of the Final Hearing or confirmation, dismissal or conversion of the case.

3.  Condition the use of such receivables on payment to Live Oak Banking Company the sum of $18,008.29 /month commencing on Sept. 15, 2023 and on the 15th day of every month thereafter pending a final hearing.

4.  Condition the sale of the Bridgestone tires on the payment to Bridgestone of $244.68/month commencing on Sept. 15, 2023 and on the 15th day of every month thereafter pending a final hearing.

5.  And for such other and further relief as is just and equitable.

The undersigned Certifying Professional has prepared the herein motion for use of cash collateral; to the best of his knowledge, information and belief, formed after reasonable inquiry, the terms of the relief sought in the motion are in conformity with the Court's Guidelines For Cash Collateral and Financing Motions and Stipulations except as set forth above. I understand and have advised the debtor in possession that the court may grant appropriate relief under Fed.R.Bankr.P. 9024 if it determines that the Introductory Statement did not adequately disclose a material element of the motion.

Respectfully submitted,

Dated:  August 20, 2025                         THE FULLER LAW FIRM, P.C.

By: */s/ Lars. T. Fuller*
LARS T. FULLER
Attorney for Debtor