LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>K&D's SANTA CRUZ TIRE AND AUTO, INC.<br><br>Debtor | CASE NO.: 25-51258-MEH<br><br>**DECLARATION OF CARL RYAN IN SUPPORT OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL**<br><br>CHAPTER 11<br>[Sub-chapter V]<br><br>Date: None Set<br>Time: None Set<br>Court: 11 |

I, Karl Ryan, declare and say:

1. I am the President of Debtor.

2. Debtor filed the herein case on August 15, 2025.

3. Debtor's assets consist of the following:

| **Asset** | **Amount** |
|---|---|
| Petty Cash | 1,000 |

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

| | |
|---|---|
| Cash-WFB | 277,651.57 |
| Accounts Receivable | 7,634.79 |
| General Inventory (Auto supplies) | 30,000 |
| Inventory- Tires | 12,000 |
| Equipment | 42,147.00 |
| Goodwill | 1,384,104 |
| **TOTAL** | **1,754,537.36** |

4. The Debtor was previously known as K&D's Professional Touch, Inc. On June 26, 2024 its name was changed with the California Secretary of State to K&D's Santa Cruz Tire and Auto, Inc.

5. A UCC-1 search under the names of both entities reveals the filings of six UCC-1's which are active.

6. A summary of those UCC-1's, the filing date and the estimated balance are as follows:

| Date | Creditor | Filing No. | Collateral | Balance |
|---|---|---|---|---|
| 6-1-2022 | Live Oak Banking Co. | U220198611226 | Blanket except cash | 1,484722 |
| 6-3-2025 | Funding Metrics, LLC | U250146346331 | Blanket except cash | 72,709 |
| 6-10-2025 | RDM Capital | U250152749527 | Blanket except cash | 186,265 |
| 6-16-2025 | Kash Advance | U250155137219 | Blanket except cash | 128,148.20 |
| 7-9-2025 | Select Funding, LLC | U250168498036 | Blanket except cash | 181,325 |
| 6-2-2022 | Bridgestone Americas Tire Operations, LLC | U220198974446 | Tires | 20,067.97 |
| 7-1-2022 | Bank of the West (BMO Bank) | U220206948735 | Hunter 14K lb Scissor Rack package; Hunter | Lease current |

2
Declaration of Carl Ryan in Support of Motion for Use of Cash Collateral

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

| | | | |
|---|---|---|---|
| | | | Road Force Elite Balancer; Hunter TC39 Tire changer; MC 59 Bender; Champion dryer; 4 post lifts. |

7. True and correct copies of the UCC-1's are attached hereto and collectively marked as Exhibit "1".

8. An operating budget for Debtor is attached hereto as Exhibit "2".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 22, 2025             K&B's SANTA CRUZ TIRE & AUTO INC.

By: */s/ Karl Ryan*
KARL RYAN
President

3
Declaration of Carl Ryan in Support of Motion for Use of Cash Collateral

# EXHIBIT 1

  

U220206948735



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516



B0875-7518 07/01/2022 8:42 AM Received by California Secretary of State

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| K & D'S PROFESSIONAL TOUCH INCORPORATED | 2840 SOQUEL AVE<br>SANTA CRUZ, CA 95062 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| BANK OF THE WEST | 1625 W. FOUNTAINHEAD PKWY, AZ-FTN-10C-A<br>AZ-FTN-10C-A<br>TEMPE, AZ 85282 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Automotive Service Repair, Collision Repair, Automotive Tools and related equipment leased or financed from Bank of the West including, but not limited to those items and proceeds thereof, set forth in the agreement listed below and in any and all subsequent addendums and schedules to the agreement. Agreement # 867420.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
87420002





U250146346331



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448



| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| K&D'S SANTA CRUZ TIRE AND AUTO INC | 2840 SOQUEL AVE<br>SANTA CRUZ, CA 95062 |
| SANTA CRUZ TIRE AND AUTO CARE | 2840 SOQUEL AVE<br>SANTA CRUZ, CA 95062 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| FUNDING METRICS, LLC | 3220 TILLMAN DRIVE<br>SUITE 200<br>BENSALEM, PA 19020 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
On or about May 28, 2025, Funding Metrics, LLC purchased the Future Receipts of the Debtor. Future Receipts includes all payments made by cash, check, ACH, or other electronic transfer, credit card, debit card, bank card, charge card or other form of monetary payment in the ordinary course of Debtor's business, accounts and payment intangibles, and all proceeds and products of the foregoing.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
104432667




U220198974446



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516



| Submitter Information: | |
|---|---|
| Contact Name | MARY COWAN |
| Organization Name | NCS UCC SERVICES GROUP |
| Phone Number | (440)461-9661 |
| Email Address | ucc@ncscredit.com |
| Address | PO BOX 24101<br>CLEVELAND, OH 44124 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| K & D'S PROFESSIONAL TOUCH INCORPORATED | 2840 SOQUEL AVE<br>SANTA CRUZ, CA 95062 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC | 200 4TH AVENUE SOUTH, SUITE 100<br>NASHVILLE, TN 37201 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
  To secure payment of (i) all obligations, liabilities and indebtedness that Customer may at any time owe to BATO or its affiliates in any capacity or any nature whatsoever, whether direct or indirect, absolute or contingent, on open account or pursuant to any dealer agreement, consignment or lease agreement or otherwise, (ii) all amounts that BATO may at any time pay or advance at any time for taxes, levies, insurance, repairs, maintenance or other protection with respect to the Collateral, (iii) all costs and expenses that BATO may incur in enforcing or protecting its rights with respect to the Collateral or the indebtedness secured by the Collateral, including reasonable attorneys' fees (collectively, the "Debt"), Customer hereby grants BATO a security interest in all tires, tubes, tire products and other goods, inventory and equipment manufactured or sold by BATO or its affiliates, or bearing a brand, name or mark at any time owned by or registered or licensed to BATO or its affiliates ("Inventory"), all accounts, general intangibles, instruments, chattel paper, documents and other rights to payment now or hereafter arising in connection with the sale, use or other disposition of any of the Inventory ("Accounts"), any and all amounts and obligations at any time owed or to be owed or performed by BATO or its affiliates to or for the benefit of Customer or its affiliates, whether in connection with any of the Inventory or otherwise, including credits, debits, incentives, price reductions, commissions, and set-off and recoupment rights (regardless of whether such debts are matured), and all products and proceeds of any of the foregoing, including insurance proceeds, cash proceeds and non-cash proceeds in the form of accounts, inventory, investment property, deposit accounts, goods, and letter of credit rights, or otherwise, all whether presently existing or hereafter acquired or arising and wherever located, together with all additions, substitutions, replacements, extensions, amendments, attachments and accessions thereto and thereof, and all computer records, databases, programs, ledgers, books of account and records relating to any or all of the foregoing (collectively, the "Collateral").

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
U317724 20220602090057

Case: 25-51258   Doc# 14-2   Filed: 08/25/25   Entered: 08/25/25 16:58:38   Page 7 of 15




U220198611226




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| Submitter Information: | |
|---|---|
| Contact Name | Gavin Riley |
| Organization Name | Lee Riley Law, LLC |
| Phone Number | (443) 845-9349 |
| Email Address | gavinriley@leerileylaw.com |
| Address | 4905 GORHAM AVE. WILMINGTON, NC 28409 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| K & D'S PROFESSIONAL TOUCH INCORPORATED | 15911 ROCHIN COURT LOS GATOS, CA 95032 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| LIVE OAK BANKING COMPANY | 1741 TIBURON DRIVE WILMINGTON, NC 28403 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All tangible and intangible property of the Debtor, whether now owned or hereafter acquired, wherever located, including, but not limited to, the Debtor's interest now owned and hereafter acquired in the following types or items of property (all terms used herein shall have the meanings set forth in Article 9 of the Uniform Commercial Code): Accounts; Inventory; Equipment, Furniture, Fixtures, and other Tangible Assets; General Intangibles; Chattel Paper; Instruments. INCLUDING BUT NOT LIMITED TO A PURCHASE MONEY SECURITY INTEREST ON ALL EQUIPMENT PURCHASED THROUGH LOAN PROCEEDS.

The Loan secured by this lien was made under a United States Small Business Administration (SBA) nationwide program which uses tax dollars to assist small business owners. If the United States is seeking to enforce this document, then under SBA regulations: a) When SBA is the holder of the Note, this document and all documents evidencing or securing this Loan will be construed in accordance with federal law. b) Secured Party or SBA may use local or state procedures for purposes such as filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using these procedures, SBA does not waive any federal immunity from local or state control, penalty, tax or liability. No Borrower or Guarantor may claim or assert against SBA any local or state law to deny any obligation of Borrower or defeat any claim of SBA with respect to this Loan.

Any clause in this document requiring arbitration is not enforceable when SBA is the holder of the Note secured by this instrument.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

<span style="color:red">Case: 25-51258   Doc# 14-2   Filed: 08/25/25   Entered: 08/25/25 16:58:38   Page 8 of 15</span>

B0786-9596  06/01/2022 7:04 AM Received by California Secretary of State

| 1016.254 | |
|---|---|
| Miscellaneous Information: | |
| Search to Reflect: ☒ Order a Search to Reflect | |
| Debtor Name | K & D'S PROFESSIONAL TOUCH INCORPORATED |

 



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448



| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| K&D'S SANTA CRUZ TIRE AND AUTO, INC. | 2840 SOQUEL AVENUE<br>SANTA CRUZ, CA 95062 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| SELECT FUNDING, LLC | 1014 S. WESTLAKE BLVD.<br>#14-227<br>WESTLAKE VILLAGE, CA 91361 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
The Collateral includes the following property that Borrower now owns or shall acquire or create immediately upon the acquisition or creation thereof: (i) any and all amounts owing to Borrower now or in the future from any merchant processor(s) processing charges made by customers of Borrower via credit card or debit card transactions; and (ii) all other tangible and intangible personal property, including, but not limited to (a) inventory, (b) equipment, (c) investment property, including certificated and un-certificated securities, securities accounts, security entitlements, commodity contracts and commodity accounts, (d) instruments, including promissory notes (e) chattel paper, including tangible chattel paper and electronic chattel paper, (f) documents, (g) letter of credit rights, (h) accounts, including healthcare insurance receivables, (i) deposit accounts, (j) commercial tort claims, (k) general intangibles, including payment intangibles and software and (l) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
104903451






**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| Submitter Information: | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CSC |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| K&DS SANTA CRUZ TIRE AND AUTO INC | 2840 SOQUEL AVENUE SANTA CRUZ, CA 95062 |
| KARL RYAN | 2840 SOQUEL AVENUE SANTA CRUZ, CA 95062 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576 UCCSPREP@CSCGLOBAL.COM SPRINGFIELD, IL 62708 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Secured Party has purchased an interest in accounts and proceeds from Debtor, described as "Receipts" in the agreement between Debtor and Secured Party, and as a result, Secured Party has a security interest in such Receipts. "Receipts" means all accounts receivable and payment rights arising out of or relating to for Debtor's sale or delivery of goods and/or services due to Debtor after the date of the agreement, whether paid directly by Debtor's customers or paid by others on Debtor's customers' behalves or as reimbursements. Debtor and Secured Party intend that the sale of Receipts is a sale and not an assignment for security.
Secured Party has been granted a security interest in: all accounts and proceeds.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
3102987

 


**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448



| Submitter Information: | |
|---|---|
| Contact Name | FIRST CORPORATE SOLUTIONS |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | SPRS@FICOSO.COM |
| Address | 914 S STREET<br>SACRAMENTO, CA 95811 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| K&D'S SANTA CRUZ TIRE AND AUTO, INC. | 2840 SOQUEL AVE.<br>SANTA CRUZ, CA 95062 |
| K & D'S PROFESSIONAL TOUCH INCORPORATED | 2840 SOQUEL AVE<br>SANTA CRUZ, CA 95062 |
| KARL VAN DOORN RYAN | 15911 ROCHIN CT<br>LOS GATOS, CA 95032 |
| DIANE CAROL RYAN | 15911 ROCHIN CT<br>LOS GATOS, CA 95032 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE | 914 S STREET / SPRS@FICOSO.COM<br>SACRAMENTO, CA 95811 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets:

a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing.

NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCE IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:

[UCC1-1630015] K&D'S SANTA CRUZ TIRE AND AUTO, INC

# EXHIBIT 2

Case: 25-51258    Doc# 14-2    Filed: 08/25/25    Entered: 08/25/25 16:58:38    Page 14 of 15

K8/25/2025's Santa Cruz Tire and Auto, Inc
Budget

**INCOME**
Sales                                                              200,000.00

**EXPENSES**
Fuel                                              259.37
Office Supplies                                 1,072.08
Parts                                          29,661.00
Postage                                            29.84
Software Rental                                 1,470.27
Insurance                                       2,008.40
Equipment Rental                                3,543.43
Company Meals                                     658.99
Marketing                                       2,395.25
Utilities                                       1,386.05
Misc                                              156.42
Telephone                                         482.22
Tire Tax                                          329.00
Smog Certificates                               2,062.50
Payroll                                        65,299.00
Employe Principals-salaries                    14,000.00
Bank Fees                                       4,831.38
401K                                              417.38
Medical Ins                                     4,805.24
Tire costs                                     22,075.00
Tire Disposal                                   1,210.00
Sales Tax                                      10,000.00
Rent                                           12,691.35
Battery Tax                                       100.00
                                                                   180,944.17
Available cash before APO                                           19,055.83
Bridgestone $12,067 amt 5 yrs @8%)                244.68
Live Oak Banking Co. ($1484,270 @8% 10 yrs amt  18,008.29
Feasibility                                                            802.86