

LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: August 26, 2025

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>K&D's SANTA CRUZ TIRE AND AUTO, INC.<br><br>Debtor | CASE NO.: 25-51258-MEH<br><br>**ORDER SHORTENING TIME ON MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL**<br><br>CHAPTER 11<br>[Subchapter V]<br><br>Date: 09/04/25<br>Time: 10:00 a.m.<br>Ctrm: 11 |

On the application of K&D's SANTA CRUZ TIRE AND AUTO, INC. for an order shortening the time [Dkt. #15] required for notice of a motion for use of cash collateral, good cause appearing,

IT IS ORDERED that the noticing time for the hearing on the motion to authorize use of cash collateral is shortened and an initial hearing is to be held on September 4, 2025 at 10:00 a.m. Any opposition may be made orally at the hearing.

IT IS FURTHER ORDERED that no later than August 27, 2025 counsel for the Debtor

shall serve a copy of this order shortening time, the motion and supporting pleadings to secured creditors, any party requesting notice and to the Subchapter V Trustee by email, fax, CM/ECF or overnight mail.

    IT IS FURTHER ORDERED that this Order Shortening Time shall serve as notice of the initial hearing for the use of cash collateral.

    Debtor, creditors, counsel, and other interested parties may attend the hearing in person or by Zoom.

***END OF ORDER***

**COURT SERVICE LIST**

All electronic service.