**Entered on Docket**
**September 12, 2025**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: September 12, 2025

_M. Elaine Hammond_

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

K&D's SANTA CRUZ TIRE AND AUTO , INC.

    Debtor

CASE NO.:  25-51258-MEH

**ORDER AUTHORIZING FINAL USE OF LIVE OAK BANKING COMPANY CASH COLLATERAL**

CHAPTER 11
[Subchapter V]

Debtor K&D's Santa Cruz Tire and Auto, Inc. and Live Oak Banking Company ("Live Oak") having entered into a stipulation as to the use of Live Oak's cash collateral, and good cause appearing:

**IT IS ORDERED** that the Stipulation as to the Final Use of Live Oak Banking Company's Cash Collateral filed as Docket No. 22, is approved and made an order of the court.

***END OF ORDER***

## COURT SERVICE LIST

All electronic service.

Case: 25-51258    Doc# 24    Filed: 09/12/25    Entered: 09/12/25 10:53:09    Page 2 of 2

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595