

1    LARS T. FULLER (No. 141270)

2    JOYCE K. LAU (No. 267839)

3    THE FULLER LAW FIRM, PC
      60 No. Keeble Ave.

4    San Jose, CA 95126
      Telephone: (408)295-5595

5    Facsimile: (408) 295-9852
      Lars@Fullerlawfirm.net

6

7    Attorneys for Debtor

**The following constitutes the order of the Court.**
**Signed: September 18, 2025**

*M. Elaine Hammond*
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

8

9            **UNITED STATES BANKRUPTCY COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**

10

11   In re:

12   K&D'S SANTA CRUZ TIRE AND AUTO,
     INC.                         Bankruptcy Case No.:  25-51528-MEH

13

14           Debtor(s)

15                             Chapter No.: 11 [Subchapter V]

16     **ORDER GRANTING MOTION TO REDACT PREVIOUSLY FILED DOCUMENT**

17         In accordance with Federal Rule of Bankruptcy Procedure 9037(h), upon consideration

18   the *Motion to Redact Previously Filed Document* and supporting documents filed by K&D's

19   Santa Cruz Tire and Auto, Inc. (herein the "Movant"), to redact the following previously filed
     unredacted document(s), the *Motion* is hereby granted.

20

21         Within 10 days after the entry date of this *Order*, the Movant shall file via ECF or

22   otherwise provide to the Clerk in paper form a properly redacted replacement document for each

23   of the previously filed unredacted documents stated herein.

24

25   **Docket Number**                    **Document Title**

26   1                        Voluntary Petition Chapter 11

27

28                    **\*\*END OF ORDER\*\***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>COURT SERVICE LIST</u>

All electronic service.