1  LARS T. FULLER (No. 141270)
   THE FULLER LAW FIRM, P.C.
2  60 No. Keeble Ave.
   San Jose, CA 95126
3  Telephone: (408)295-5595
   Facsimile: (408) 295-9852
4
5  Attorneys for Debtor

6

7

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11 In re                                    CASE No. 25-51258-SLJ

12 K&D'S SANTA CRUZ TIRE AND AUTO,          Chapter 11
   INC                                      (Subchapter V)
13
                                            **EXPARTE APPLICATION FOR PLAN
14         Debtor                           REVIEW**

15

16         COMES NOW Debtor K&D's Santa Cruz Tire and Auto, Inc and respectfully requests that

17 the herein matter be set for plan review on the next available calendar.

18      1.  Debtor filed its petition on August 15, 2025.

19      2.  In her order filed as Docket No. 37, Judge Hammond set the deadline to file a plan as

20          Nov. 17, 2025 and set a plan review for Dec. 11, 2025.

21      3.  A plan is filed concurrent herewith.

22      4.  The instant case has been re-assigned.

23         WHEREFORE, Debtor requests that the matter be set on this Court's earliest available

24 calendar.

25 DATED: Nov. 14, 2025                THE FULLER LAW FIRM, P.C.

26                                     By:  */s/ Lars T. Fuller*
                                           LARS T. FULLER
27                                         Attorneys for Debtor

28