

**The following constitutes the order of the Court.
Signed: December 3, 2025**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 25-51258 SLJ |
| | Chapter 11 |
| K&D'S SANTA CRUZ TIRE AND AUTO, INC., | |
| Debtor. | |

## ORDER RESETTING PLAN REVIEW CONFERENCE

Debtor filed this chapter 11 subchapter V case on 8/15/25. Pursuant to the Order After Status Conference Establishing Confirmation Procedures ("Order After Status Conference"), a Plan Review Conference was scheduled for December 11, 2025, before Judge M. Elaine Hammond. Debtor timely filed a plan of reorganization on November 14, 2025. However, the case was reassigned to Chief Judge Stephen L. Johnson on November 12, 2025, and the Plan Review Conference on December 11, 2025, was vacated. Accordingly,

IT IS HEREBY ORDERED as follows:

1. The Plan Review Conference shall be held on January 8, 2026, at 11:00 a.m. before Chief Judge Stephen L. Johnson.[1]
2. Except as noted herein, the provisions in the Order After Status Conference remains in full force and effect.

*** END OF ORDER***

---

[1] This is a Remote Hearing only. Please consult Chief Judge Johnson's Procedures for Noticing and Conducting Hearings, available on the court's website, for further details.

**COURT SERVICE LIST**

ECF Notifications