LARS T. FULLER (No. 141270)

THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>K&D'S SANTA CRUZ TIRE AND AUTO, INC<br><br>　　　　Debtor | CASE No. 25-51258-MEH<br><br>Chapter 11<br>(Subchapter V)<br><br>**AMENDMENT TO SCHEDULES** |

　　　　COMES NOW Debtor K&D's Santa Cruz Tire and Auto, Inc and amends their schedules E/F as follows:


DATED: 1/9/2026　　　　　　　　　　THE FULLER LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　By:　*/s/ Lars T. Fuller*
　　　　　　　　　　　　　　　　　　　　LARS T. FULLER
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor

　　　I declare under penalty of perjury under the laws of the United States of America that the attached schedules are true and correct.

DATED: 1/9/2026　　　　　　　　　　　　　　　*/s/Karl Ryan*
　　　　　　　　　　　　　　　　　　　　　　Debtor: KARL RYAN

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | K&D's Santa Cruz Tire and Auto, Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 25-51258 |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Bridgestone Americas Tire Operations, LL
Creditor's Name

5521 Brown Rd.
Nashville, TN 37201
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
6-2-2022
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Tires for resale

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,067.97     $12,000.00

---

**2.2** Funding Metrics
Creditor's Name

3220 Tillman Dr Suite 200
Bensalem, PA 19020
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
5/27/2025. UCC-1 filed 6-3-2025
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
Cash; Wells Fargo Bank; Account Receivable; Auto supplies; Non-leased Equipment: Tire machine and 8 racks; Debtor's estimate of goodwill based on Present value of 5 years of present profits reduced by nominal salary of 72K/year to principal at discount rate of 8.0% (Till +.5%)

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$148,722.00     $1,742,537.36

---

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 4
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | K&D's Santa Cruz Tire and Auto, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Live Oak Banking Co.<br>2. Funding Metrics<br>3. RDM Capital Funding<br>4. Kash Advance<br>5. Select Funding | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| **2.3** | **Kash Advance**<br>Creditor's Name<br><br>111 Great Neck Rd<br>Great Neck, NY 11021<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>6/5/2025<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>Account Receivable; Auto supplies; Non-leased Equipment: Tire machine and 8 racks; Debtor's estimate of goodwill based on Present value of 5 years of present profits reduced by nominal salary of 72K/year to principal at discount rate of 8.0% (Till +.5%)<br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $128,148.16 | $1,463,885.79 |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| **2.4** | **Live Oak Banking Co.**<br>Creditor's Name<br><br>1741 Tiburon Dr.<br>Wilmington, NC 28403<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>6-1-2022<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>Account Receivable; Auto supplies; Non-leased Equipment: Tire machine and 8 racks; Debtor's estimate of goodwill based on Present value of 5 years of present profits reduced by nominal salary of 72K/year to principal at discount rate of 8.0% (Till +.5%)<br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,484,269.50 | $1,463,885.79 |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.5** | **RDM Capital Funding** | **Describe debtor's property that is subject to a lien** | $186,265.00 | $1,463,885.79 |

| Debtor | K&D's Santa Cruz Tire and Auto, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | Creditor's Name | Account Receivable; Auto supplies; Non-leased Equipment: Tire machine and 8 racks; Debtor's estimate of goodwill based on Present value of 5 years of present profits reduced by nominal salary of 72K/year to principal at discount rate of 8.0% (Till +.5%) | | |
| | 777 Passaic Ave, Suite 375<br>Clifton, NJ 07012 | | | |
| | Creditor's mailing address | **Describe the lien**<br>UCC-1 | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>5/27/2025 UCC-1<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

| 2.6 | Select Funding | Describe debtor's property that is subject to a lien | $181,325.00 | $1,463,885.79 |
|---|---|---|---|---|
| | Creditor's Name | Account Receivable; Auto supplies; Non-leased Equipment: Tire machine and 8 racks; Debtor's estimate of goodwill based on Present value of 5 years of present profits reduced by nominal salary of 72K/year to principal at discount rate of 8.0% (Till +.5%) | | |
| | 31280 Oak Crest Dr. Suite 1<br>Thousand Oaks, CA 91362 | | | |
| | Creditor's mailing address | **Describe the lien**<br>UCC-1 | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>4/14/2025<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — $2,140,797.63

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Commercial Asset Recovery<br>1330 Avenue of the Americas, Suite 23A<br>New York, NY 10019 | Line 2.2 | |